# UNITED STATES COURTS OF APPEALS
# FOR THE TENTH CIRCUIT

Plaintiff - Appellant,
Raul Rodriguez Jr.

Case No. 24-6014

Appellant's Opening Brief

V.

Defendant - Appellee.
Louis Dejoy, Postmaster General

**APPELLANT'S OPENING BRIEF**

1. **Statement of the Case.**

   I, Plaintiff, Raul Rodriguez Jr, filed the case CIV-22-0618-HE, for Title VII discrimination, a hostile work environment, retaliation, injury discrimination due to my race, gender, national origin, and color . Defendant, Louis DeJoy, filed a motion for summary judgment as to all of my claims. Judge Joe Heaton granted summary judgment on January 4, 2024. The Judge concluded that I did not provide enough evidence, or material facts to prove that I was discriminated against, on all my claims.

2. **Statement of Facts Relevant to the Issues Presented for Review.**

   Judge Joe Heaton did not dispute the fact that I was a full time rural carrier that started in January 2003, but respectfully the judge made a significant error in his determination to grant summary judgment, and also based it on hearsay, and failed to thoroughly review vital documentation that would show enough evidence and material facts do in fact exist. In the **background** he saw that there were, Two,  EEOC complaints. The Judge made an error and mixed up **case no. 4G-730-0028-21**, with **case no. 4G-730-004-21**. **Case no. 4G-730-004-21** happened prior my my voluntary resignation which is why I brought all my claims of discrimination to the courts that showed what I experienced towards the end of my 18 year career with the USPS. **Case no. 4G-720-0028-21** has been breached multiple times and when I report it, It goes to mute ears even when I

notify the EEOC, even to US attorneys. If this summary judgment is **Granted,**

**Case no. 4G-720-0028-21,** would be **BREACHED.  Case no. 4G-720-0028-21**

happened when I was terminated due to a knee jerk reaction, and none of my rights

were honored especially my Douglas factors, I have never been in trouble in my life and

all these claims against me are false.  I took a **Clean** resignation. (See _EX 1-)._<sup>2</sup>

When I filed my OWCP claim Postmaster, Robbie Steelman, lied on documentation

to hurt my character, and lied about my injury that happened in July 23, 2020 in

November of 2022 (see_EX 2.1, 2.2)_by saying it never happened.  I suffered pay cuts that

no other senior carrier experienced in May 2020.   I was, Victim, to an attack on a

postal employee while on duty on July 23, 2020 where I suffered a rupture tendon tear

on my right dominant hand. Judge Joe Heaton claimed I was an aggressor, which is

untrue (see _EX 3_ ) where I won Oklahoma 3rd party liability against the suspect where

he admitted to the judge that he was negligent on attacking me, to my surprise USPS

management officials gave the suspect personal information about me which the suspect

still has, with management documents and business cards (see _EX 4_ ,) an email to my

attorney right after court on August 22, 2022 about the situation. I questioned, "I found it

surprising that the USPS would help the suspect instead of the victim" to Judge Shilling

**case no. SC-22-161** in McClain county, since my rural route, was in that district, and I

**WON**.  My injury took 25 months for me to finally receive treatment and

was questioned by Dr. Christopher Jordan when I filed an OWCP claim why it took so

long on May 4, 2023 (see _EX 5_ .)

The Police Report even states I was the **Victim**. (See _Police Report_.)

Documentation also shows negligence by USPS management officials Amber Reimers

and Greg Avery (see _6.1-2_ and _7.1-3_.) I suffered a salary cut at the time, which lead

to another cut that resulted in me working an additional day to maintain pay in October of

2020.

OWCP claim examiner, Jocelyn F., concluded in her findings that I did

Suffer an on the Job injury, and USPS officials claimed I voluntary resigned on

10/20/2020 after already challenging my continuation of pay claim the first time. (See

_EX 8; 2.1-2_.)

Which is where it stands today on my injury claim, and also set my limitations on March

9, 2023.  (See _EX 9_).  The Documentation states on an **OWCP statement of**

**accepted facts** an USPS official response to a timestamp of resignation on or about

10/20/2020 also a **LIE** (See_EX 9_).But that makes it impossible to have been

terminated in December 2020 if we are basing it on that USPS response .  My traumatic

injury was not reported when trying to find my injury on OSHA 300 logs, on account of

management negligence. Negligence, cannot be claimed by Greg Avery, supervisor,

when he is one of the faces and is seen on TV ads, buses, and is a visible sponsor for

the injury law firm, Noble McIntyre Law in OKC, as an injury case investigator

(see _EX 10_). And claims to help the injured.

Page 3

I served my 18 years with the United State Postal Service with loyalty and respect in the town I Live, grew up, and graduated from, but to be accused of things that are untrue and false when I needed help the most, only to be continued to be hurt, as an Individual, that has caused significant harm to my character.

Everything I am sending has already been submitted, I just simply highlighted all this missed documentation that supports my claims of discrimination that was an ongoing, until it was settled as a resignation, the hostility still continues to this day. The USPS is controlling the narrative, and the summary judgment highlights their attempts to suppress any wrongdoings, when documentation clearly shows untruths. The Judge ruled that I was fired and allowed to resign prior to my discrimination claim, that is untrue! My discrimination claims came prior to being allowed to resign, and I took the Settlement agreement **case no. 4G-730-0028-21** since it cleared my name when the fact is that I did not do anything wrong to warrant termination. I have never been charged with any Crime in my life and had an outstanding employee record prior to route cuts, the attack on July 23,2020, discrimination, retaliation, and all other complaints I made during the final 6 months of my career.  I had plans to retire from the postal service. My 18 years service at the time was prematurely cut short by the lies by same management officials directly involved with negligence to the Traumatic injury I suffered while on duty by making up an event that would lead to my termination under zero tolerance, 10 days after my EEOC redress mediation meeting where I called out managements misconduct and quoted "The actions management is taking, is making me believe, I should Work

Mexican, Work!".The way I have been described portrays me as a criminal, and an individual who is unhinged. All this happened while suffering from a Traumatic Injury, the Covid outbreak, 2020 US presidential election, new heads including Louis Dejoy, the Thanksgiving/Christmas holiday,  and sending me home never to come back to work 4 days before Christmas.  When all I did was be an Outstanding employee 17.6 years prior to all the events that unfolded.

My OWCP was accepted on January 3, 2023 after being challenged by the USPS and it was noted (see __EX 11__ ) " that they challenged the claim and said that I was terminated due to violence. The evidence however, supports that the employee, Raul Rodriguez Jr, sustained a traumatic injury in the performance of duty: therefore, the case has been accepted." This contradicts a lot of what has been said about me.


My 18 years of dedicated service has amounted to nothing. If the lies and false accusations that the USPS have submitted for Judge Heaton to grant them summary judgment is to proceed,  It will cause my life to be affected in a harmful way,  that will greatly affect my children, and prevent me from any pursuit of happiness on a ruling based on lies by everyone from management all the way to the U.S Attorney's that have let all the misconduct by the USPS go unpunished, by simply claiming negligence on their end. I just want to move on at this point in my Life, but I want My Name to be Cleared.  This ruling makes me out to something that I'm not, and continues to let the USPS continue to carry out practices in a prohibited way.

3.    **Statement of Issues.**

A.    **First Issue:  8 U.S code § 1325c - penalties for document fraud**

**Argument and Authorities:**

The documentation I have provided has been consistent. USPS management officials and US attorneys keep changing the narrative to fit their argument when wanting to achieve their desired outcome by submitting false documents, even during my deposition I questioned a stack of paperwork with a signature which wasn't mine.

B.    **Second Issue: 18 U.S.C 1001 - federal false statement charges**

**Argument and Authorities:**

Documentation I have submitted has been consistent. The postmaster Robbie Steelman has stated with his signature that his statements were true and not false on OWCP forms with risk of felony criminal prosecution, his statements were clearly false with the intention to deny me benefits on my OWCP claim 550308159 on November 17, 2022. (See _2.1-2_ )He was discriminating against me, but when I provided the evidence, I got my benefits approved. Judge Heaton based his ruling on the same statements originally to deny my benefits, to grant summary judgment by the USPS.

C.    **Third Issue: 18 U.S.C. 1114 - assaults on postal employees**

**Argument and authorities:**

I was attacked while on duty on July 23, 2020 and suffered a traumatic injury while on duty. USPS was negligent when handling my case when they let a white raced resident assault an American of hispanic descent employee of 18 years. The suspect was never charged, and I had to personally sue him under 3rd party liability. I won Oklahoma 3rd party liability even though the postmaster stated that my injury was not caused by a 3rd party, never happened, and I was the aggressor in his words which again are untrue. (See _2.1-2_ )Postal inspector James Nevels was also aware I was injured, and no investigation was ever done.   Dr. Christopher Jordan gave me my Medical Maximum Improvement that now deems me disabled.( see_EX 5_ )

**D.  Forth issue:  Privacy Act of 1974 - 5 U.S.C. 552a**

   **Argument and Authorities**

   When USPS management official Greg Avery gave the suspect Devin Pressley my personal information to help him win in 3rd party liability small claims court they violated the privacy act. Mr. Pressley still has said documents his address is 30762 Aussie Ct Norman,Ok 73072 and he will be more than happy to explain how USPS management officials intentions on trying to clean things up for him at the time, until he lost when he claimed he was negligent on the attack on me and I questioned why he obtained said information on August 22, 2022 case no. SC-22-161 district of McClain County. (See EX 3   )

**E.  Fifth Issue: FECA 20 CFR PART 10 violation**

   **Argument and Authorities**

   When postmaster Robbie Steelman made false statements about me on OWCP forms (see  2.1-2   ) to deny me my injury benefits by falsifying accounts on events that happened on July 23,2020 he made every attempt to prevent me from seeking relief, and my continuation of pay has been denied due to these statements due to fact that some false statements were accepted. Me resigning on 10/20/2020 is what USPS officials sent in to OWCP examiner Jocelyn F (see  EX 9   ) Judge Heaton has viewed me as the aggressor by using the language the USPS has been using to seek desired outcomes on any attempt I make to seek relief.

**F.  Sixth Issue: Postal rule and regulation 821.21 Responsibility**

   **Argument and Authorities:**

   When I was injured and attacked. I lost the ability on what I can and cannot do,  and was on the orders of management officials who were Greg Avery and Amber Reimers who were now responsible for everything I was supposed to do after suffering a traumatic injury. I was coerced into not filing charges by Greg Avery and had to go to the doctors on my own accord. I never received the necessary treatment for anyone who has suffered a traumatic injury on the job. My OWCP claim was finally fully approved on June 22, 2023. (See   EX 9, EX 11   )

**G. Seventh Issue: Prohibited personnel practices by the EEOC- (Employment references, Reasonable accommodation, harassment, constructive discharge/forced to resign)**

**Argument and authorities:**

USPS in general has discriminated against me by the way they submitted false claims of hearsay as factual evidence. My documentation shows blatant lies and discrimination by Postmaster Robbie Steelman to hurt me that continues to be used as factual events that now are being used in this summary judgment ruling (see __2.1-2__.) The employee references about me by the USPS even after a settlement agreement shows disrespect for the rules,especially by the Postmaster Robbie Steelman. They failed me as an employee and cut my salary and made me work more, all while injured that was undiagnosed at the time since I had no help to the point they terminated me for arguing with the same manager officials Greg Avery and Amber Reimers who were present at the time when I was Victim to a traumatic event. (See __Police Report, 6.1-2, 7.1-3, EX 10__)

**H. Eighth Issue: Police Report**

**Argument and Authorities:**

I was Victim to an assault that wasn't properly handled that ended up resulting in me suffering a traumatic injury (see __Police Report__) and losing my job due to Management negligence and discrimination. Robbie Steelman said that this NEVER happened and now the ruling says I was out fighting residents (see __2.1-2__.) 18 years of outstanding service is being judged in my final 6 months that's being narrated by the same officials who have lied on all other documentation.

**I. Ninth Issue: Error of Law**

**Argument and Authorities:**

Judge Heaton, respectfully made an significant error on being made to believe, by the USPS, that I was able to resign after termination first, and then I claimed discrimination. Unfortunately, that isn't the fact of the matter. I was subjected to discrimination and retaliation that continues to this date which I tried to detail the best I could to be able to clear my name, by the falsehoods provided by the USPS. (see __EX 1-11__.)

J.  **Tenth Issue: Federal rules of Civil Procedure VII. Judgment Rule 60 - Relief from Judgment Order (B) Mistakes; Inadvertence; Excusable Neglect; Fraud; etc.**

I highlighted documentation that has already been submitted to show that the ruling granting the USPS summary judgment should be overturned on the fact that Mixing up **case no. 4G-730-0028-21 and 4G-730-004-21.** Based on the timeline and ruling that I got terminated first, is incorrect. Discrimination, hostile work environment, negligence, retaliation has been well documented, to be discredited on a biased ruling would be unfair. I was characterized as someone who is unhinged and untrustworthy who fought customers, but in reality I was a victim to a crime that was documented, that USPS management officials admitted negligence (see _6.1-2, 7.1-3_.) The fraudulent documentation submitted by USPS is the same wording verbatim that was challenged on my Injury **OWCP claim# 550308159** that ultimately got accepted but it was noted "USPS challenged this claim because the injury was not initially reported and the claimant was terminated due to violence. The evidence, however, supports that this employee is a federal employee who sustained a traumatic injury in the performance of duty; therefore, the case has been accepted." (see ___EX 11__.) I had to prove myself the same way as I'm proving my innocence and stating facts in this brief. My personnel records reflect that I had no priors, and was an outstanding employee for 17 in a half year out of my 18 year career.


4.  **Do you think the district court applied the wrong law?   If so, what law do you want applied?**

I broke No laws. USPS has shown blatant disrespect for the rules and laws. Perjury charges (**18 U.S.C.1001**), false documentation(**8 U.S.C 1325c**), privacy act violation(**5 U.S.C. 552a**), breach of settlement agreement(**case no. 4G-730-0028-21**) failure to submit electronic illness and injuryj(**29 CFR 1904.41(a) and (a)2**), and failure to follow standard policy and procedure.


5.  **Did the district court incorrectly decide the facts?   If so, what grounds?**

Yes, Legal Errors and Evidentiary Issues, were made for the granting of summary for the USPS when **case no. 4G-730-0028-21** was incorrectly ruled first to happen. **Case no. 4G-730-004-21** happened first which is why I filed an EEOC complaint on discrimination then followed by **case no. 4G-730-0028-21** on my termination which was settled as a resignation. If documentation was thoroughly reviewed it would've shown that enough evidence and material fact does exist, and that I did in fact suffer discrimination and retaliation by the USPS. Everything submitted by USPS officials is hearsay and they have shown no option other than attacking my character in a false light to gain a favorable outcome in court. Official statements to the OWCP states that I resigned on or about 10/20/2020 to deny me continuation of pay (see ___EX 9__.) By that response, the termination in December should not exist, and by the rules stated on the settlement agreement **case no 4G-730-0028-21** would be breached. If you take my termination into account there are no Douglas Factors, and now they are finding the easiest way to get rid of me. Documentation I submitted highlights all the prohibited practices happening at the Norman, OK area Post Offices that are controlled by Robbie Steelman.

Page 9

The official statements I'm highlighting shows the pattern of true facts of misconduct that resulted in the end of my postal career. My documentation, I highlighted that has been overlooked, in my Brief, shows enough material fact of discrimination and retaliation, does in fact exist. (see__EX 1- 11__.)

**6.  Did the district court fail to consider important grounds for relief?  If so, what grounds?**

Yes, the district court failed to consider any of my material facts, and used fraudulent documents provided by the USPS to determine his ruling, and legal errors were made as well when **case no. 4G-730-0028-21** was incorrectly determined to happen first by Judge Heaton. **Case no. 4G-730-004-21** which I filed first showed the hostile work environment I was experiencing which outlined discrimination, retaliation, and harassment due to my race, gender, national origin, and color. Judge Heaton's confusion in the matter, and failure to consider any of my material facts shows that his determination was biased, and only heard what the post office supplied to him. Which ultimately led to his decision. **Rule 60(b)(1)** should be used on grounds since a significant mistake has been made by Judge Heaton in his ruling to grant summary judgment.

**7.  Do you feel that there are any other reasons why the district court's judgment was wrong?  If so, what?**

Yes,  Legal Errors and Evidentiary Issues, fraud, waste and abuse, and slander.  Having my character slandered to achieve an outcome in court by Judge Heaton's failure to review material facts, and based it on fraudulent evidence, provided by the USPS should show the courts that mistakes were made, and that the granting of summary judgment should be overturned. **Rule 60(b)(1)**

**8.  What actions do you want this court to take in your case?**

Review the facts I supplied throughout my case that support my claims, Overturn summary judgment, authorize an investigation into the matters of (**18 U.S.C 1114**)- on why an attack on a postal employee was not reported by usps management officials. (**8 U.S.C. 1324**)-  the fraudulent documents provided by USPS and US attorney. (**18 U.S.C. 1001**)- postmaster making false statements on OWCP documents(**550308159**). (**Privacy act violation 5 U.S.C. 552a**)- Suspect Devin Pressley still has my personnel documentation provided by Greg Avery, USPS supervisor.  Recognize the breach of settlement agreement (**case no. 4G-730-0028-21**). Investigate my denial of injury benefits (**550308159**). (**29 U.S.C. 666**) look into why my injury isn't on the OSHA 300 logs.

 I would like my case to be brought back to trial and be given a new judge who will give an unbiased ruling, and actually look at the documents that I provided, without making a significant mistake.(**Rule 60 (b)(1)**).

**9. Do you think the court should hear oral argument in this case?  If so, why?**

Yes, My claims haven't changed and my documentation is clear, if read and presented.  USPS and their attorney have fabricated events to achieve a favorable outcome through summary judgment, and on any other claim I have made, past and present (see EX 1-11 ). Judge Heaton incorrectly decided in granting summary judgment by making significant mistakes in his ruling by only reviewing what the USPS claims, which has been challenged in the past with my OWCP injury (see EX 8, 2.1-2 ), which would contradict what the USPS is saying.  The USPS lack of evidence, lack of documentation, negligence, and failure to do their job will be brought to light if told by the courts to supply missing documentation vital to my whole case. The missing OSHA 300 Log being one,  and the way my injury was challenged (see   EX 8, 2.1-2), which I was **VICTIM** to a felony crime that management's failure to act upon, and failure to provide me assistance, only for the USPS to pass all the blame on me for said failures, after suffering a traumatic injury. (See **Police report**)

The privacy act violations, the settlement breach, and acknowledgement of fraudulent documents provided by the USPS. Will ultimately show that I suffered gross fraud, waste, and abuse on top of discrimination and retaliation. This ruined my career, and is now ruining my life to achieve their goal with fraud, discrimination, and retaliation.

3 - 20 - 2024
_____
Date

_____
Signature

14



AGENCY EXHIBIT 1


REDRESS


UNITED STATES
POSTAL SERVICE

Date: June 30, 2021                              USPS EEO Case No.: 4G-730-0028-21
District: Oklahoma

## SETTLEMENT AGREEMENT FORM

### IN THE MATTER OF MEDIATION BETWEEN

Raul Rodriguez (EIN 02412879)                  Robbie D Steelman & Chris Tolson
Counselee                                       Travis D Swaner – Management Officials

Any alleged breach arising out of the implementation of or compliance with this settlement agreement must be reported in writing to the Manager, EEO Compliance and Appeals, within 30 days of the alleged breach. The statement of noncompliance may include a request that the terms of the settlement agreement be specifically implemented or alternatively, that the complaint be reinstated for further processing from the point processing ceased.

### AGREEMENT

The following resolution has been entered into by the parties. It is understood that this agreement is final and binding. This document is confidential. However, a copy of this agreement will be furnished to those parties necessary to implement its terms including, but not limited to, the office of Labor Relations at the district and/or area level. It is mutually agreed between the parties that this matter be resolved as follows:

1.  The parties fully understand, acknowledge and agree that the Postal Service will process a PS Form 50 reflecting the counselee's voluntary resignation, effective February 8, 2021. The PS Form 50 will not state that the counselee voluntarily resigned pending charges. The Postal Service agrees that copies of such PS Form 50 will be mailed to the counselee and placed into the counselee's Official Personnel File. The counselee's signature on this Agreement shall operate as his resignation from the Postal Service, effective February 8, 2021. No further action by the counselee will be required to effect the resignation.

2.  The Postal Service shall pay counselee the sum of one thousand dollars ($1,000.00). It is understood and agreed between the parties that one-thousand dollars represents non-wage compensatory damages to counselee. The Postal Service shall not withhold from the compensatory damages amount, although it is understood between the parties that this payment is subject to tax and will be reported to the Internal Revenue Service on Form 1099-MISC. Counselee understands that the Postal Service will make all reasonable efforts to make payment within approximately eight (8) weeks after the Postal Service counsel's receipt of this fully executed settlement agreement. Counselee acknowledges and agrees that the Postal Service has made no representations regarding the tax consequences of any amounts received by the counselee pursuant to this agreement. Counselee agrees to pay federal and/or state taxes, if any, which are required by law

This agreement constitutes a full and final settlement of all issues arising out of the subject matter of the following EEO complaint number(s) and by signing this agreement the counselee withdraws any and all pending EEO complaints and appeals relative to the subject matter of these complaints:
Complaint Numbers:

Initials: _____ Counselee          _____          _____ Union Official

         _____ Counselee's Rep.    _____ Mgt. Official

                                         _____ Mgt. Official's Rep.

15

**Ex 1.2**

Date: June 30, 2021                    USPS EEO Case No.: ~~4G-730-0028-21~~
District: ~~Oklahoma~~

Management agrees to the contents of this resolution solely in an effort to resolve the counselee's allegation(s), and this agreement should not be construed as an admission of discrimination or wrongdoing on the part of any official of the U.S. Postal Service.

Unless otherwise agreed above, the complainant waives all rights to attorney's fees or costs related to the EEO complaints resolved by this agreement.

If there are related grievances (beyond Step 1) which the parties would like to withdraw, an authorized union official must sign below. The counselee wishes to withdraw the following grievances:

If the terms of this agreement are determined to violate a provision of the applicable collective bargaining agreement, this agreement will be null and void. In the event that this agreement becomes null and void, the complainant will be allowed to either renegotiate the terms of this agreement to be in compliance with the collective bargaining agreement or to reinstate his or her complaint.

The parties understand that the terms of this agreement are protected by the Privacy Act as described below and agree to keep the terms of this agreement confidential except as otherwise required by law and as necessary to carry out the terms of the agreement or resolve disputes over compliance of this agreement.

---

**Privacy Act Notice / USPS Standards of Conduct**

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C. sections 621 et seq. and Executive Order 11748, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest, to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearance, contracts, licenses, grants, permits, or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearance, security or suitability investigations, contracts, licenses, grants or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 C.F.R. 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.
USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigations. Failure to supply the requested information could result in disciplinary action (ELM 665).

_Raul Rodriguez_ _[signature]_                          7/7/21
Raul Rodriguez, Counselee (Print, Sign, and Date)

_Patricia A. Podolec_ _[signature]_                      7/7/21
Patricia A Podolec, Counselee Representative (Print, Sign, and Date)

_Robin D. Steelman_ _[signature]_                       7-9-21
Robin D Steelman, Management Official (Print, Sign, and Date)

_[signature]_                                           07/09/21
Madalynn F Hamilton, Management Official Representative (Print, Sign, and Date)

Union Official (Only if grievance(s) being withdrawn) (Print, Sign, and Date)

---

16

16 / 18

**AGENCY EXHIBIT 2**

Organization Information

**Supervisor's Report**

| 17. Agency name and address of reporting office (include street address, city, state, and ZIP code) | | OWCP Agency Code 5775-00 |
|---|---|---|
| NORMAN POST OFFICE 129 W GRAY | | OSHA Site Code |

| City NORMAN | State OK | ZIP Code 73069 |
|---|---|---|

| 18. Employee's duty station (include street address, city, state and ZIP code) 4025 W RENO AVE | City OKLAHOMA CITY | State OK | ZIP Code |
|---|---|---|---|

**19** Employee's retirement coverage  ☐ CSRS   ☐ FERS   ☑ Other, (identify)   NONE

| 20. Regular work hours   From: ☐ a.m. ☐ p.m.   To: ☐ a.m. ☐ p.m. | 21. Regular work schedule ☐ Sun. ☐ Mon. ☐ Tues. ☐ Wed. ☐ Thurs. ☐ Fri. ☐ Sat. |
|---|---|

| 22. Date of Injury Mo. Day Yr. July 23, 2020 | 23. Date notice received Mo. Day Yr. November 16, 2022 | 24. Date stopped work Mo. Day Yr.   Time: ☐ a.m. ☐ p.m. |
|---|---|---|
| 25. Date pay stopped Mo. Day Yr. | 26. Date 45 day period began Mo. Day Yr. | 27. Date returned to work Mo. Day Yr.   Time: ☐ a.m. ☐ p.m. |

**28.** Was employee injured in performance of duty?   ☐ Yes   ☑ No (If "No," explain)
It appears that the ex employee caused the supposed injury by attacking a postal customer. If the employee was injured, it caused by his own actions against a customer. employee didnt report an accident at the time of the incident.

**29.** Was injury caused by employee's willful misconduct, intoxication, or intent to injure self or another?   ☑ Yes (If "Yes," explain)   ☐ No
The employee attacked a postal customer. Text messages from the ex employee states that he tried to break the customers arm.

| 30. Was injury caused by third party? ☐ Yes   ☑ No (If "No," go to Item 32.) | 31. Name and address of third party (include street address, city, state, and ZIP code) | | |
|---|---|---|---|
| | City | State | ZIP Code 000 |

| 32. Name and address of physician first providing medical care (include street address, city, state, ZIP code) | | | 33. First date medical care received   Mo. Day Yr. |
|---|---|---|---|
| City | State | ZIP Code 000 | 34. Do medical reports show employee is disabled for work?   ☐ Yes   ☑ No |

**35.** Does your knowledge of the facts about this injury agree with statements of the employee and/or witnesses?   ☐ Yes   ☑ No (If "No," explain)
No report of injury at the time, and the employee was removed from the postal service due to violence in the workplace.

| 36. If the employing agency controverts continuation of pay, state the reason in detail. This is ex employee that was removed from the postal service due to violence in the work place in Jan of 2021. The employee is attempting to file a claim that is supposedly 1.5 years late. NOT FILED TIMELY | 37. Pay rate when employee stopped work    Per |
|---|---|

**Signature of Supervisor and Filing Instructions**

**38.** A supervisor who knowingly certifies to any false statement, misrepresentation concealment of fact, etc. in respect of this claim may also be subject to appropriate felony criminal prosecution. I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Challenge to Follow - Not timely filed, NO causal relation

Name of supervisor (Type or print)
ROBBIE DALE STEELMAN

| Signature of supervisor ROBBIE DALE STEELMAN | Date November 17, 2022 |
|---|---|
| Supervisor's Title POSTMASTER | Office phone (405) 515-7415 |

**39.** Filing instructions

☐ No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D)

☐ No lost time, medical expense incurred or expected: forward this form to OWCP

☑ Lost time covered by leave, LWOP, or COP: forward this form to OWCP

☐ First Aid Injury

ecomp.dol.gov/#

| Authored | 2023-03-01 |
| Received | 2023-03-02 |

**Official Supervisor's Report of Occupational Disease: Please complete information requested below**

**Supervisor's Report**

**Ex2.2**

| 18. Agency name and address of reporting office (include street address, city, state, and ZIP Code) | OWCP Agency Code |
|---|---|
| **Norman Post Office** | **5775-00** |
| | OSHA Site Code |
| **129 W Gray st** | |

| City | State | ZIP Code |
|---|---|---|
| **Norman** | **OK** | **73069** |

| 20. Employee's duty station (include street address, city, state, and ZIP code) | City | State | ZIP Code |
|---|---|---|---|
| **4025 W RENO AVE** | **OKLAHOMA CITY** | **OK** | **73125** |

| 21. Regular work hours From: | a.m. p.m. | To: | a.m. p.m. | 22. Regular work schedule | ☐ Sun. | ☐ Mon. | ☐ Tues. | ☐ Wed. | ☐ Thurs. | ☐ Fri. | ☐ Sat. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 23. Name and address of physician first providing medical care (include city, state, ZIP code) | 24. First date medical care received | Mo. | Day | Yr |
|---|---|---|---|---|
| **Notaware** | | | | |
| | 25. Do medical reports show employee is disabled for work? | ☐ Yes | ☒ No |
| City | State | ZIP Code | |
| | | 000 | |

| 26. Date employee first reported condition to supervisor | Mo. Day Yr **12/31/2020** | 27. Date and hour employee stopped work | Mo. Day Yr | Time | a.m. p.m. |
|---|---|---|---|---|---|

| 28. Date and hour employee's pay stopped | Mo. Day Yr | Time | a.m. p.m. | 29. Date employee was last exposed to conditions alleged to have caused disease or illness | Mo. Day Yr |
|---|---|---|---|---|---|

| 30. Date returned to work | Mo. Day Yr | Time | a.m. p.m. |
|---|---|---|---|

31. If employee has returned to work and work assignment has changed, describe new duties

32. Employee's Retirement Coverage    ☐ CSRS    ☒ FERS    ☐ Other. (Specify)

| ...ury caused ...party? ☑ No If "No," go to Item 34. | 34. Name and address of third party (include name, address, city, state, and ZIP code) |
|---|---|
| City | State | ZIP Code 000 |

**Signature of Supervisor**

35. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

We have evidence that does not support this past employees claims. The sheriff's incident report and Rauls text messages state Raul didn't want to pursue an investigation or prosecution on the incident. He actually attacked the customer and tried to hurt the customer. Raul even refused to fill out a voluntary statement.

| Name of Supervisor (Type or print) | |
|---|---|
| **Robbie D Steelman** | |
| Signature of Supervisor | Date |
| **Robbie D Steelman** | **03/01/2023** |
| Supervisor's Title | Office phone |
| **Postmaster** | **(405) 515-7415** |

Form CA-2
Rev. October 2018
Page 2

Favorite Page    Page 2 of 3

Ex 3

# IN THE DISTRICT OF McCLAIN COUNTY, STATE OF OKLAHOMA

Paul F. Rodriguez Jr.

_____ Plaintiff(s)

-vs-

Denn Pressley

_____ Defendant(s)

## COURT ORDER

Date: 8-22-22

Attorney(s) for Plaintiff(s) _____ 8-22-22

Attorney(s) for Defendant(s) _____

Judge: _Shilling_

Plaintiff(s) appears, Defendant(s) appears not. Testimony taken and considered. ~~Default~~ Judgement rendered for Plaintiff(s) and Against Defendant(s) in the

Amount of $4,500.00 plus court costs,

reasonable attorney fee of $ _____, and for ~~possession of the property for which a WIT of Assistance~~ the _____ bond in the amount of $ _____ is posted.

_Robt w shilly_ (signature)

☐ On motion of Plaintiff, case dismissed.

☐ No service. Alias may issue.

☐ Parties fail to appear, case dismissed.

☐ Plaintiff(s) appear, Defendant(s) appear not, testimony taken and considered, case held if appearance pending return of service.

☐ Default Judgement. Plaintiff ordered to serve copy of this order on Defendant.

☐ Plaintiff _____ Defendant served with copy of order in open Court this date.

10:04

62%





Raul Rodr...

From   Raul Rodriguez

To   Patricia Podolec

Date   Aug 22, 2022, 1:36 PM

View security details

Hey Patricia!  The suspect who attacked me received documentation from Greg Avery (suspect had Greg Avery's business card) about my employment and had Facebook messenger messages given to him by said manager to help him fight against me in civil court. I reviewed the postal services rules and regulations regarding the privacy act, and the suspect should have never received any information regarding my employment history, or any personal information about me as an individual.



## 2-3.2 Privacy Act

The Privacy Act provides privacy protections for personal information maintained by agencies. A summary of the Privacy Act follows.

a. *General*. The Privacy Act of 1974, 5 U.S.C. 552a, applies to federal agencies, including the Postal

2:44
24%
ecomp.dol.gov

Authored        2023-05-04
Received        2023-05-28

05/16/2023 TUE 8:26  FAX  +++ QTC P        PRINTED FROM ECOMP - t-rodriguezxi@gmail.com - 05 24 2023

**JOC**

**Jordan Orthopedic Clinic**
1201 S. Douglas, Suite H, Midwest City, OK 73130
Phone 405-732-7777 * Fax 405-610-7785

Ex 5

RE: RODRIQUEZ, RAUL                          550308159
DATE: 05/04/2023

INITIAL EVALUATION: This is a 39-year-old male patient seen on May 4, 2023 at the request of the Department of Labor for scheduled award evaluation. He has an accepted claim for a flexor tendon rupture of his right hand.

The patient was working for the U.S. Postal Service as a rural carrier in Norman, Oklahoma. The statement of accepted facts says he was a rural carrier associate, but the patient states that he has been a full rural carrier for quite some time. On 07/23/2020, the patient injured his right fifth finger when he was involved in an altercation. The patient really had some problems but did not actually get treated until 25 months later. On August 17, 2022, he had surgery and a tenodesis of his right fifth finger. He comes back today for evaluation. Subjectively, he states he has pain in the finger which he rates as a 5. Upon questioning, however, his pain is not his major symptom. It is the fact that he cannot flex the PIP and DIP joint. This is accompanied by some numbness along the ulnar side of the finger. The patient was worked up with physical examination, x-rays, and an MRI scan and he had surgery by Mehdi Adham, M.D. The exact nature of the surgery is not clear because I do not have a surgical summary. According to the statement of accepted facts, it was a tenodesis.

WORK HISTORY: The patient was a rural carrier whose job description states that he has to lift up to 70 pounds intermittently.

RIGHT HAND EXAMINATION: The examination today shows there is no redness or swelling around the hand. There is only vague pain with palpation around the fifth finger.

GRIP STRENGTH:

|           | R        | L        |
|-----------|----------|----------|
| 1st Try   | 34.3 kg. | 46.3 kg. |
| 2nd Try   | 33.6 kg. | 41.8 kg. |
| 3rd Try   | 32.5 kg. | 34.3 kg. |

PINCH STRENGTH:

|           | R        | L        |
|-----------|----------|----------|
| 1st Try   | 12.75 kg.| 12.5 kg. |
| 2nd Try   | 12.75 kg.| 11.8 kg. |
| 3rd Try   | 11.5 kg. | 11.8 kg. |

There is a healed scar from the surgery on the right fifth finger.

RE: RODRIQUEZ, RAUL

Received: 05-19-2023 - Case: 550308159 - Page 2  9

Favorite Page        Page 2 of 9





**MCCLAIN COUNTY SHERIFF'S OFFICE**

**INCIDENT / OFFENSE REPORT**

PAGE ___ 1 OF ___ 2

| AGENCY NAME: | MCCLAIN COUNTY SHERIFF'S OFFICE | ORI #: | O | K | 0 | 4 | 4 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| OFFICER: | NARRATIVE DATE: |
|---|---|
| Murrell, Bryan | 07/24/2020    15:28 |

**NARRATIVE:**

On July 23rd, 2020 at approximately 1358 hours I was dispatched to 30762 Aussie Ct in the Goldsby area in reference to an assault that occurred against a postal carrier.

Upon arrival I made contact with USPS Rural Carrier Raul Rodriguez, Victim, and Devin Scott, Suspect. Both parties were surrounded by USPS supervisors and a witness, Brad Welland. All parties stated everything was already worked out and nobody wanted to pursue anything but an information report was needed. I had Rodriguez come to my patrol unit where I asked him what happened. Rodriguez stated he was trying to deliver mail on Aussie Ct which is a small section of road with cul-de-sac when Pressley's truck and boat were blocking the entire roadway. Rodriguez stated after patiently waiting and honking at least once he went around the truck into Welland's yard not causing any damage. Welland and Pressley then started yelling at him and after stopping realized Welland was walking around to the backside of his truck. Rodriguez then begins to exit the door of his truck when Pressley aggressively approaches him and begins yelling at him. The two exchange words and Pressley begins shoving Rodriguez. Rodriguez stated he defended himself by using a jiu-jitsu move and taking Pressley to the ground. After they calmed down they got up. Rodriguez only complained of a sore right pinkie finger which had popsicle sticks and tape on it. Rodriguez stated he didn't want to pursue an investigation or prosecution as they had worked it out and both realized they were in the wrong. Rodriguez also stated he would rather not fill out a voluntary statement but would sign a Victim's Complaint Declination Affidavit.

I then made contact with Pressley who provided the same details as Rodriguez. Pressley was remorseful and stated he should have used better judgement. Pressley had 2 visible scratches on the top of his forehead and scrapes on his toes and underfoot due to wearing sandals. Pressley declined to fill out a voluntary statement and agreed to sign a Victim's Complaint Declination Affidavit.



I spoke with Witness Brad Welland who provided the same details as Pressley and Rodriguez. Welland declined to fill out a statement but provided his information for the record.

I took photographs of both parties injuries. There was no visible damage to the grass at Welland's. USPS Supervisor Gregory Avery was on scene and stated USPS IG would not be investigating and they had resolved the matter with their customer. I then left the scene. End of Report.

-No further action needed.

**POLICE REPORT**

| REPORTING OFFICER: | ID #: | REVIEWED BY: | ID #: | DATE OF REPORT: |
|---|---|---|---|---|
| Murrell, Bryan | 4425 | | | 07/23/2020 |

1 2

9:15

🔒 **4G-730-0004-21 Rodrigu...**
dropbox.com

00123

Counselor's Report
Page 77 of 108

**Ex 6.1**

On July 23, 2020 we were called to 30753 Aussie, Norman OK 73072, were Raul Rodriguez was, when we got there Amber was there then I found out that he had an incident with a customer. On getting there and getting all the details, we find out that a customer was blocking the Cove sack with his truck and boat were he delivers mail. As he waited for the customer to move it was then he got into a shouting match with the customer about moving his vehicle then Raul just drove over the neighbors grass to get around as he got around the customer vehicle the customer rushed to the LLVs window reaching in and Raul jerked open the door of the LLV and tussled with the customer up against the LLV. Then neighbors came out and broke up the argument and the Sherriff was there talking to Raul and the customer they both agreed that they were hot heads and they were wrong so they hugged and shook hands and I called the inspectors to let them know what happened I had them on the phone as I talked to the Sherriff and Raul and the customer, they agreed to fill out statements. The Sheriff took the statements and talked to both parties again and they agreed to move on and they apologized and hugged it out again and the Sherriff took all the information and told both parties that it is OVER!!

SCS

1-5-2021

Ex 6.2

**Gregory Avery** testifies he is a Supervisor, Customer Services at the Sooner Station, Norman, Oklahoma. He denies Complainant's allegations. He testifies he did not instruct Complainant not to file charges against the suspect, nor did he suggest Complainant should not file charges against the subject. He testifies he did not instruct Complainant not to file a workers compensation claim or anything like that. He states he did not mention workers compensation at the hospital. Mr. Avery testifies he did not suggest that Complainant should not call HR. He explains that all parties involved in the altercation agreed not to file charges. He states it was Complainant's choice to make up with the customer involved. He notes that Complainant later went and bought liquor for the customer he got into the tussle with, and the customer's wife; he then bragged about it to all the other rural carriers.

Mr. Avery states he did not tell Amber Reimers not to file an incident or accident report about the assault. He testifies he did report Complainant's assault to USPIS and he had the inspectors on the phone the whole time. He references a copy of the customer's remarks.

**[Investigator's Note: No copy of the customer's remarks was provided.]**

Asked if he has required Complainant to continue delivering mail to the same area in which he was attacked, he states no, they called another carrier to finish the route.

Asked what Complainant was told was the reason for his actions and if Complainant disputed it, he states "N/A." He reports Complainant did not file a grievance.

He testifies Complainant's race, color, sex, and national origin were not factors in the action taken. **[Affidavit C]**

Appellate Case: 24-6014 Document: 13 Date Filed: 03/21/2024 Page: 23

Ex 7.1

On July 23, 2020 at about 13:30 Greg called me to tell me that Raul had been in an altercation with a customer on his route at 30753 Aussie Ct. Greg said that him and Chris Webb would meet me out there. I arrived there first. When I got out of my car Raul was setting on the curb next to the customer. When I walked up to them they both told me that they got hot headed.

I asked Raul to go over to his truck so I could ask the customer his side of the story. The customer said that he got mad when Raul would not wait for him to move his truck and boat out of the way and Raul drove on his neighbors grass. The customer confronted him yelling no to drive on the grass and Raul through the door open and that's when they got into a scuffle. I informed the customer that the station manager would be right there and the sheriff was on the way. I asked him if he would like to file charges, he said no.

I when and talked to Raul as to what had happened. He said that the customer was being a jerk and would not move his truck and bout so he went to go around and doing so he drove on the edge of the customers grass. At that time the customer ran over to me and put his arm in my LLV when he did that "I through my door open to try to break his arm", "I through a couple punches that is how I hurt my pinkie finger". I told Raul that the Sheriff was on his way and asked did you want to file charges. Raul said no if he did not I do not.

When Greg got to the scene he talked to everyone. By then everything had cooled down. Both parties said they were good they did not want the sheriff out there. About that time is when the sheriff pulled up took stamens and had both of the sign saying they did not want to pursue anything.

I talked to Raul informed him that I had someone coming to take the route over he had the rest of the day off. I asked him do you want to file workmen's comp for your hand if we do I will have to inform them of how you got hurt. He said no I do not I will go to the Dr. on my own. He asked if he could have a few days off. I said yes no problem.

Anda Reun
1-5-2021

Ex 7.2

**Amber Reimers** denies telling or suggesting to Complainant that he not file charges against the suspect. With regard to Worker's Compensation, she reports she asked him if he wanted Workers Compensation, and he said no. She denies suggesting that Complainant not call HR. She relates she asked Complainant multiple times about Worker's Comp. and he declined every time. She relates she asked if she could take him to get his hand looked at and he said no, he just wanted to go home. She states she told him that was fine.

Ms. Reimers notes that if a carrier cannot finish their route they are to use sick leave for the whole day, since they have no way to pay a carrier for part of the day, but despite that standard practice she paid Complainant for the whole day anyway.

She testified she did not complete an incident report or any form of paperwork with regard to the assault, and explains she was instructed not to by OIC Gregory Avery, in order to help Complainant out.

Ms. Reimers testifies that on the day of the event, July 23, 2020, she had someone cover the route for the rest of the day, and Complainant was off the route the next

Investigative Summary
Page 14 of 46

00186

**Ex 7.3**

RAUL RODRIGUEZ, JR                                    Agency No. 4G-730-0004-21

few delivery days after that. She explains that since then she has required Complainant to continue delivering mail in the same area, because that is his assigned route. Asked what reason Complainant was given for her actions, she states there was no action. She testifies he did not dispute this. She reports no grievance was filed.

She testifies Complainant's race, color, sex, and national origin were not factors in the action taken. **[Affidavit B]**

ecomp.dol.gov/#

| | |
|---|---|
| Authored | 2022-12-06 |
| Received | 2022-12-06 |

 **UNITED STATES POSTAL SERVICE**

December 6, 2022

 Ex 8

Claim #: 550308159
Claimant: RAUL RODRIGUEZ JR
DOI: 07/23/2020

US DEPARTMENT OF LABOR
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300
LONDON KY 40742-8300

To Whom It May Concern:

The Agency wishes to challenge the above-mentioned claim for fact of injury, performance of duty, causal relationship, not filed timely and claim for compensation benefits under the Federal Employees' Compensation Act. We offer the following ECAB decision's and references from Code of Federal Regulations in support of our position:

*Claimant states he was "concussed" from blows to his head and right pinky finger in pain due to an altercation with a USPS customer. This incident occurred 7/23/2020 and no claim was ever filed. According to the McClain County Sheriff's office report the issue was resolved at that time with neither party wanting to pursue any action further. This claimant is a former employee who, just a few months later on 12/21/20, Mr. Rodriguez verbally attacked his supervisors for not accommodating a request for time off. According to the supervisor's statements Mr. Rodriguez also physically pushed one of his supervisors in Rodriguez' attempt to get to another supervisor. How this relates to this claim is that Mr. Rodrigues accused one of the supervisors of sweeping the whole incident from July under the rug even though at the time Mr. Rodriguez maintained that he did not want to pursue an investigation or prosecution. Text messages from Mr. Rodriguez to a fellow employee indicated that Mr. Rodriguez found the incident fun and said that he "swung the door open in an attempt to break the customer's arm". He further stated that he threw the customer into the mail truck. On 12/21/20 Mr. Rodriguez got put off the clock and never returned to work. It appears he was separated for improper conduct; threat and failure to follow instructions, last day in pay status was 2/5/21 per Form 50. All statements, and Form 50 will be ECOMPED to Mr. Rodriguez' claim.*

**20 CFR 10.501** "...subjective complaints of pain are not sufficient, in and of themselves, to support payment of continuing compensation."

"Disability attributable to the work injury cannot be supported by subjective complaints of pain in the absence of objective evidence which would explain the claimant's condition. **Wilhelmina G. Fideli**, **ECAB Docket No. 90-1299, issued January 24, 1991.**"

File Number: 550308159
SOAF 1-ME-SO

Ex 9

## STATEMENT OF ACCEPTED FACTS
## IN THE CASE OF RAUL F. RODRIGUEZJR
## FILE NUMBER 550308159

Raul F. Rodriguez Jr., date of birth 05/01/1984, was employed by the United States Postal Service as a Rural Carrier Associate in Norman, OK.

On 07/23/2020, Mr. Rodriguez injured his right hand when he was involved in an altercation with a resident while delivering mail.

The case was accepted for the following conditions: flexor tendon rupture of the right hand.

The duties of a rural carrier associate includes: Carriers are required to sort mail into delivery sequence, load mail into their vehicles, including parcels weighing up to 70 pounds, and deliver all mail and parcels to the designated addresses. They must maintain required information and record changes of address, maintain other reports as required, accept, collect, and deliver all classes of mail as well as sell stamp supplies and money orders. The physical requirements are arduous and require that the incumbent be in good physical condition. Placing letters and parcels in mailboxes requires careful handling of the vehicle, and frequent shifting from one side of the vehicle to the other.

Other pertinent medical treatment includes: On 08/17/2022, Mr. Rodriguez underwent tendinosis of the distal interphalangeal joint, right little finger.

On or around 10/20/2020 Mr. Rodriguez voluntarily resigned from his position with the postal service.

Jocelyn F.
Claims Examiner
March 9, 2023




*If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

# Greg Avery

EX 10

## Case Investigator at
## McIntyre Law Firm

Greg Avery was born and raised in Davis, Oklahoma. He graduated from Davis High School and went to Rose State for 2 years before joining the United States Army. He was stationed at Fort Campbell Kentucky with the 101st Airborn "Rakkasan" 3rd BTN 187th Infantry.

Greg Avery was an Airborn paratrooper in Operation Desert Storm, and was in Combat as an M60 Gunner, earning his Combat Infantry Badge and 2 Bronze Stars under Valor. Greg is also a manager and supervisor at the United States Post Office.



File Number: 550308159
CA-1008 TI-D-ACC

Sincerely,

Federal Employees Program

Enclosure: NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

UNITED STATES POSTAL SERVICE
AR-OK
OCCUPATIONAL HEALTH CLAIMS OFFICE
4025 W RENO AVE
OKLAHOMA CITY, OK 73125

**NOTICE TO EMPLOYING AGENCY:**
If Form CA-7 claiming compensation for wage loss is filed, you are reminded that 20 C.F.R. §10.111(c) requires the submission of a CA-7 within 5 working days. Please fully complete any form submitted and provide contact information to avoid delay of payment.

It is noted that you challenged this claim because the injury was not intially reported and the claimant was terminated due to violence. The evidence, however, supports that this employee is a Federal employee who sustained a traumatic injury in the performance of duty; therefore, the case has been accepted.



## CERTIFICATE OF SERVICE

**I hereby certify that on** _3-20-2024_ **I sent a copy of**
(date)

**the Appellant/Petitioner's Opening Brief to** _Louis DeJoy_

_Opposing Party_ **, at** _210 W. Park Ave Suite 400_
(Opposing Party or Attorney)

_OKC, OK 73102_ **, the last known address/email**

**address, by** _U.S. Mail_ .
(state method of service)

_3-20-2024_
Date

_[signature]_
Signature

---

## CERTIFICATE OF COMPLIANCE

**I certify that the total number of pages I am submitting as my Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the total number of pages exceeds 30, I certify that I have counted the number of words and the total is _____, which is less than 13,000. I understand that if my Appellant/Petitioner's Opening Brief exceeds 13,000 words, my brief may be stricken and the appeal dismissed.**

_3-20-2024_
Date

_[signature]_
Signature

**A-12**   Appellant/Petitioner's Opening Brief – 12/16





Retail

U.S. POSTAGE PAID
PME 1-Day
NORMAN, OK 73069
MAR 20, 2024

UNITED STATES
POSTAL SERVICE®

80257

$30.45

RDC 07

R2304M115470-08

# EXPRESS MAIL

# EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE**
**PRIORITY MAIL EXPRESS®**

EI 298 103 501 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( 405 ) 615-6927

Raul Rodriguez Jr
804 Westridge Terr
Norman, OK 73069

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )

U.S. Court of Appeal
1823 Stout St.
DENVER, Colorado 80257

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | ☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO |
|---|---|
| 73169 | Scheduled Delivery Date (MM/DD/YY) 3/21/24 | Postage $ |
| Date Accepted (MM/DD/YY) 3/20/24 | Scheduled Delivery Time ☐ 3:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted 4:08 ☐ AM ☑ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees |
| Weight ___ lbs. ___ ozs. ☑ Flat Rate | Acceptance Employee Initials MF | $ 30.45 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

  




**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020.





# UNITED STATES
## POSTAL SERVICE®

# PRIORITY
# MAIL
# EXPRESS®

**EMS**

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

# GUARANTEED* ▪ TRACKED ▪ INSURED