No. 24-6014

# In the United States Court of Appeals for the Tenth Circuit

---

RAUL RODRIGUEZ, JR., PLAINTIFF-APPELLANT,

V.

LOUIS DEJOY, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, DEFENDANT-APPELLEE.

---

ON APPEAL FROM

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

THE HONORABLE JOE HEATON

DISTRICT JUDGE
D.C. NO. 5:22-CV-00618-HE

---

## Appellant Raul Rodriguez Jr. Reply Brief

---

Raul F. Rodriguez Jr.
804 Westridge Terrace
Norman, Ok 73069
405-615-6927
ixrodriguezxi@gmail.com

# Table of Contents

|   | Page |
|---|---|
| TABLE OF CONTENTS | ii |
| SUMMARY OF ARGUMENT | 1 |
| DISTRICT COURT ERROR | 2 |
| ARGUMENT | 3 |
| CONCLUSION | 4 |

## Summary of the Argument

In **response to USPS motion for summary judgment**. I have supporting documentation that supports all my claims of USPS **retaliatory and discriminatory** actions towards me with multiple official documentation from the **Department of Labor OWCP** to **EEOC** case Numbers **550308159 (owcp/dol), 4G-730-004-21 (1st EEOC), 4G-730-0028-21 (2nd EEOC)** that the district court failed to review, and incorrectly mixed up. I have not submitted any new evidence that has not been previously disclosed to the courts, they are on officially dated documentation. **However**, USPS officials are **missing** vital documentation that is required through standard procedure, also required by management officials to provide on any claim. I suffered a traumatic on the job injury established by **OWCP DOL** case number **550308159**. That claim was challenged by USPS officials, and they ultimately **lost** their challenge, due to the fact that I presented **DOCUMENTATION.**

This negligence renders any claim against me as irrelevant, and any testimony that followed the July 23,2020 injury, lacks any credibility. Therefore, USPS testimony hinges on documentation required to undergo following a traumatic injury from **OSHA 300 Log** that requires all injuries be reported (**mine is NOT**), the retaliatory way USPS challenged my injury claim on **OWCP** case number **550308159**, they also gave the suspect who attacked me my personnel file to use against me in small claims court **SC-22-161** where I **WON** my 3rd party Liability claim where the suspect admitted to reckless and negligent behavior.

Where is my disciplinary file from the attack on July 23,2020, or any year prior? Where is the **Incident Report**? Why was I **NOT** accommodated for the traumatic injury I suffered on the job?

Page 1

Why were they able to cut my delivery route, but intentionally left me to deliver in the area where I was attacked? Why risk my **safety, health, and life,** due to negligence and failure to follow simple procedure? There is too much missing **vital** documentation that the District Court should have properly found with a reasonable mind could circumstantially conclude that USPS officials were acting with **discriminatory and retaliatory** intent. USPS has continued to make the **Victim** (ME) into something that I'm **NOT, by attacking my Character,** and have failed to supply any **Proper** documentation.

**The District Court Error**

The District Court committed error by viewing the evidence on notice in the light most favorable to the USPS. The District Court incorrectly resolved factual evidence and drew inferences in favor of USPS and mixed up EEO case numbers __4G-730-004-21__ and __4G-730-0028-21__. This Court should apply the correct standard of review, and hold there is a genuine actual dispute over USPS claims, and remand the case to the lower courts for jury trial.

## Argument

I have produced official documentation, and all the necessary documentation required of me. I joined the USPS in January 2003 six months after I graduated high school from Norman High School, Oklahoma. I have no issues with the law, and never been convicted of a crime. I argue that what I have submitted is sufficient in establishing **discriminatory and retaliatory** actions by the USPS. The district courts should have denied USPS motion for summary judgment on the grounds that the element of missing vital documentation satisfies the motion of denial.

## Conclusion

For the foregoing reasons, I respectfully request the Courts to reverse the final judgment of the Honorable United States District Judge Joe Heaton, hold that there is a genuine factual dispute over notice and remand the case to the lower court for jury trial on the merits.

Respectfully Submitted,

Raul F. Rodriguez Jr.
804 Westridge Terrace
Norman, Ok 73069
4056156927
ixrodriguezxi@gmail.com

USPS Priority Mail Express Flat Rate Envelope

U.S. POSTAGE PAID
PME
NORMAN, OK 73069
JUN 10, 2024
80257
$30.45
RDC 07
R2304E107042-77

Scanned by US Marshal

EI 699 987 019 US

**FROM:** (PLEASE PRINT)    PHONE (405) 615-6927
Raul Rodriguez JR
804 Westridge Terrace
Norman, OK 73069

**DELIVERY OPTIONS** — Waived

**TO:** (PLEASE PRINT)
U.S. Court of Appeals for the 10th
1823 Stout St.
Denver, Colorado 80257

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day
PO ZIP Code: 73069
Scheduled Delivery Date: 6/11/24
Postage: $30.45
Date Accepted: 6/10/24
Scheduled Delivery Time: ☒ 6:00 PM
Time Accepted: 11:45 ☒ AM
Flat Rate
Acceptance Employee Initials: SC
Total Postage & Fees: $30.45


